UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CYRUS CHERRY, | : | NO. 1:12-cv-00880 |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

This matter is before the Court on the February 11, 2014 Report and Recommendation of Magistrate Judge Karen L. Litkovitz's (doc. 11). Proper notice was provided to the parties under 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), including the advice that they would waive further appeal if they failed to file an objection to said Report and Recommendation in a timely manner. See Thomas v. Arn, 474 U.S. 140, 155 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981). That statutorily prescribed period has lapsed and we note that, to date, no objections have been filed.

1

Having reviewed this matter pursuant to 28 U.S.C. § 636(b)(1), we conclude that the Magistrate Judge's Report and Recommendation is thorough, well-reasoned and correct, and thus the Court ACCEPTS, ADOPTS and AFFIRMS it in all respects. (doc. 11). Accordingly, the decision of the Commissioner to deny Plaintiff's applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") is AFFIRMED and the Court ORDERS that this case be closed on the docket.

SO ORDERED.

Dated: March 11, 2014     s/S. Arthur Spiegel
                          S. Arthur Spiegel
                          United States Senior District Judge